14.8

## AFFIRMATION OF DUE DILIGENCE - ATTEMPTS TO LOCATE AND/OR SERVE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Index/Case #: 1:24-CV-03196-VSB
Filing Date: May 29, 2024
Court Date:
Client File No.:

Client: PAUL BATISTA
Attorney:

*Plaintiff*

FRANK CORSINI; LIBERTY-CITIC ENERGY CAYMAN LTD; AND LIBERTY ECO ENERGY LLC

vs

*Defendant*

DENTONS US LLP; EDWARD J. REICH; JAMES M. COSTAN; JEFFREY S. GERON; BOIES SCHILLER FLEXNER LLP; CHRISTOPHER GREEN; IAN DUMAIN; AND WILLIAM OHLEMEYER

_____ ANDRE MEISEL _____, the undersigned, affirms and states that deponent is not a party to this action, is over the age of eighteen (18) years and resides in the State of New York ; deponent attempted to serve the within:

**Summons in a Civil Action and Complaint**

Upon _____ BOIES SCHILLER FLEXNER LLP _____

the defendant / respondent therein named, and that after due search, careful inquiry and diligent attempts the deponent was unable to effect process upon the person being served because of the following reason(s):

Date/Time: 06/03/2024 11:59:00 Attempt at: 55 HUDSON YARDS, 20TH FLOOR, NEW YORK, NY 10001 Results: ACCESS DENIED BY BUILDING SECURITY, DANIEL P., M,W,BLK,40,6'1",200, MUSTACHE BEARD, AT THE REQUEST OF RECIPIENT.

I affirm on this day _____ June 4, 2024 _____ , under the penalties of perjury under the law of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

*[signature]*

ANDRE MEISEL
Lic#   1372356
JobID  2432227

INTER COUNTY JUDICIAL SERVICES, LLC, 6851 JERICHO TURNPIKE, SUITE 180, SYOSSET, NY 11791 LICENSE # 1371771
UNITED PROCESS SERVICE