UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANK CORSINI, LIBERTY-CITIC ENERGY CAYMAN LTD. AND LIBERTY ECO ENERGY LLC,<br><br>          Plaintiffs,<br>    v.<br><br>DENTONS US LLP, EDWARD J. REICH, JAMES M. COSTAN, JEFFREY S. GERON, BOIES SCHILLER FLEXNER LLP, CHRISTOPHER GREEN, IAN DUMAIN, WILLIAM OHLEMEYER,<br><br>          Defendants. | Case No. 1:24-cv-03196-VSB<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned attorney, Eric Brenner, who is a member in good standing of the bar of this Court, hereby appears as counsel for Defendant Boies Schiller Flexner LLP in the above-captioned proceeding.

Dated: New York, New York
         June 28, 2024

                                  BOIES SCHILLER FLEXNER LLP

                                  By:   /s/ Eric Brenner
                                           Eric Brenner
                                           55 Hudson Yards
                                           New York, NY 10001
                                           Telephone: (212) 446-2300
                                           Fax: (212) 446-2350
                                           ebrenner@bsfllp.com

                                           *Attorney for Defendant*
                                           *Boies Schiller Flexner LLP*