

APPLICATION GRANTED
SO ORDERED /s/ Vernon Broderick
VERNON S. BRODERICK
U.S.D.J.

Dated: July 1, 2024

**By ECF**
The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

<u>Corsini, et al. v. Dentons US LLP, et al., 1:24-cv-03196</u>

Dear Judge Broderick:

      We write on behalf of Defendant Boies Schiller Flexner LLP ("BSF") to seek an extension of BSF's time to respond to the complaint in the above-referenced matter. The complaint was apparently served on BSF through service on the New York Department of State ("DOS") on June 10. However, the complaint was apparently not sent to BSF until June 18 and notice that the complaint had been served on DOS was not received by BSF until June 24. Under Rule 12, twenty-one days after service of the complaint on DOS is Monday, July 1. In the circumstances, BSF respectfully requests a 60-day extension, until August 30, 2024, to respond to the complaint. Plaintiff's consent to this request, which is BSF's first request for an extension.

      Respectfully submitted,

      /s/ Eric Brenner

      Eric Brenner

cc:    All counsel by ECF

BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, New York, NY 10001 | (t) 212.446.2300 | (f) 212.446.2350 | www.bsfllp.com