14.8

# AFFIRMATION OF SERVICE

| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | Client's File No.: |
| **SOUTHERN DISTRICT OF NEW YORK** | Index Number: 1:24-CV-03196-VSB |
| PAUL BATISTA 26 BROADWAY NEW YORK, NY 10004 | Date Filed: May 29, 2024 |

FRANK CORSINI; LIBERTY-CITIC ENERGY CAYMAN LTD; AND LIBERTY ECO ENERGY LLC

*Plaintiff*

vs

DENTONS US LLP; EDWARD J. REICH; JAMES M. COSTAN; JEFFREY S. GERON; BOIES SCHILLER FLEXNER LLP; CHRISTOPHER GREEN; IAN DUMAIN; AND WILLIAM OHLEMEYER

*Defendant*

## SECRETARY OF STATE

**Steve Avery**, the undersigned, affirms and states that deponent is not a party to this action, is over 18 years of age and resides in the State of New York.

That on **6/10/2024** at **9:00 AM** at 1 Commerce Plaza, Albany, New York 12260 the office of the Secretary Of State, of the State of New York, deponent served 2 true copies of a **Summons in a Civil Action and Complaint**

on **BOIES SCHILLER FLEXNER LLP**
(Defendant/Respondent)

Said service was effected in the following manner;
By delivering to an leaving with **NANCY DOUGHERTY** authorized agent in the office of the Secretary of the State, State of New York, personally at the office of the Secretary of State, of the State of New York, two (2) true copies thereof and at that time of making such service, deponent paid said Secretary of State a fee of $40.00.
That said service was made pursuant to **121-1505 Limited Liability Partnership Law**

**Description:**
**Gender: Female**    **Race/Skin: White**    **Age: 60**    **Weight: 100-130 Lbs.**    **Height: 5ft0in-5ft3in**    **Hair: Black**    **Glasses: No**    **Other:**

I affirm on this day ___June 11, 2024___, under the penalties of perjury under the law of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Steve Avery
Server Lic #
JobID#    2432780



INTER COUNTY JUDICIAL SERVICES, LLC, 6851 JERICHO TURNPIKE, SUITE 180, SYOSSET, NY 11791 LICENSE # 1371771
UNITED PROCESS SERVICE