**APPLICATION GRANTED
SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK
U.S.D.J.**

To facilitate consistent deadlines in this case, the deadline for all Defendants to respond to the Complaint is hereby extended to September 30, 2024.

Dated: July 29, 2024

July 28, 2024

<u>Via ECF</u>
The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, New York 10007

    Re:    <u>Corsini et al. v. Dentons US LLP et al.</u>, Case No. 1:24-cv-03196 (VSB)

Dear Judge Broderick:

    We represent Dentons US LLP ("Dentons") and its General Counsel, Edward J. Reich, Esq. ("Reich"), in the above-referenced matter, and we write to seek a consented-to extension of Dentons' and Mr. Reich's time to respond to the complaint. The complaint was apparently served on Dentons and Reich on July 10, 2024, making a response currently due on July 31, 2024. *See* Fed. R. Civ. P. 12(a)(1)(A)(i).

    Consistent with the extension previously granted to co-defendant Boies Schiller Flexner LLP, Dentons and Reich respectfully request a 60-day extension of time to respond to the complaint—i.e., until Monday, September 30, 2024 (the 60th day, September 29, 2024, is a Sunday). The reasons for the requested extension are, principally, that we were retained by Dentons and Mr. Reich only very recently, and we need time to familiarize ourselves with the matter and investigate plaintiffs' claims and Dentons' and Mr. Reich's potential defenses to them. As noted, Plaintiffs consent to this request, which is Dentons' and Mr. Reich's first request for an extension.

                                                  Respectfully submitted,

                                                  Howard I. Elman

cc:    All counsel via ECF