**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
ATTORNEY(S) PAUL BATISTA
26 BROADWAY NEW YORK, NY 10004 | PH: (631) 377-0111

14.8
Index Number: 1:24-CV-03196-VSB
Date Filed: 05/29/2024

**FRANK CORSINI; LIBERTY-CITIC ENERGY CAYMAN LTD; AND LIBERTY ECO ENERGY LLC**

Plaintiff

vs

**DENTONS US LLP; EDWARD J. REICH; JAMES M. COSTAN; JEFFREY S. GERON; BOIES SCHILLER FLEXNER LLP; CHRISTOPHER GREEN; IAN DUMAIN; AND WILLIAM OHLEMEYER**

Defendant

## AFFIRMATION OF SERVICE

**ANDRE MEISEL**, the undersigned, affirms and states that deponent is not a party to this action, is over 18 years of age and resides in the State of New York.

That on **7/10/2024**, at **1:40 PM** at **1221 Avenue of AMERICAS , NEW YORK, NY 10020-1089**, Deponent served the within **Summons in a Civil Action and Complaint, LTR**, with the index number and the filing date of the action were endorsed upon the face of the papers so served herein. On: <u>**EDWARD J. REICH C/O DENTONS US LLP**</u> , <u>Defendant</u> therein named, ( hereinafter referred to as "subject").

By delivering thereat a true copy of each to **A. Neal (Co-Worker), a person of suitable age and discretion**.

**Sex**: Female   **Color of skin**: Black   **Color of hair**: Black   **Age**: 40
**Height**: 5ft4in-5ft8in   **Weight**: 131-160 Lbs.   **Other** :

On **July 10, 2024**, service was completed by mailing a true copy of the above stated document(s) to the <u>Defendant</u> at the above stated address, in a First Class postpaid properly addressed envelope marked "Personal and Confidential" not indicating that the sender is an attorney or concerns an action against the person served, in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

I asked the person spoken to whether the subject was in active military service or financially dependent upon any one who is in the military service of the United States or of the State of NEW YORK in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of NEW YORK State or of the United States as that term is defined in either the State or in Federal statutes.

I affirm on this day____July 11, 2024_____ , under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

_signature_
**ANDRE MEISEL**

Lic # 1372356
JobID 2439562

**Client's File No.:**

*INTER COUNTY JUDICIAL SERVICES, LLC, 6851 JERICHO TURNPIKE, SUITE 180, SYOSSET, NY 11791 LICENSE # 1371771*
*UNITED PROCESS SERVICE*