**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
FRANK CORSINI, LIBERTY-CITIC ENERGY
CAYMAN LTD., and LIBERTY ECO ENERGY
LLC,

                Plaintiffs,

-against-      24 **CIVIL** 3196 (LTS)

**JUDGMENT**

DENTONS US LLP, EDWARD J. REICH, JAMES
M. COSTAN, JEFFREY S. GERON, BOIES
SCHILLER FLEXNER LLP, CHRISTOPHER
GREEN, IAN DUMAIN, and WILLIAM
OHLEMEYER,

                Defendants.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated September 30, 2025, the Dentons Defendant's motion to dismiss is granted and Boies Schiller's motion to dismiss is granted. Judgment is entered dismissing the Complaint in its entirety with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

      September 30, 2025

                                            **TAMMI M. HELLWIG**
                                            **Clerk of Court**

                **BY:**      *K. Mango*

                                            **Deputy Clerk**